**MEMO ENDORSED**

# CRAVATH, SWAINE & MOORE LLP

STUART W. GOLD
JOHN W. WHITE
EVAN R. CHESLER
MICHAEL L. SCHLER
RICHARD LEVIN
KRIS F. HEINZELMAN
B. ROBBINS KIESSLING
ROGER D. TURNER
PHILIP A. GELSTON
RORY O. MILLSON
FRANCIS P. BARRON
RICHARD W. CLARY
WILLIAM P. ROGERS, JR.
JAMES D. COOPER
STEPHEN L. GORDON
DANIEL L. MOSLEY
JAMES C. VARDELL, III
ROBERT H. BARON
KEVIN J. GREHAN
C. ALLEN PARKER
SUSAN WEBSTER
DAVID MERCADO
ROWAN D. WILSON
CHRISTINE A. VARNEY
PETER T. BARBUR

SANDRA C. GOLDSTEIN
THOMAS G. RAFFERTY
MICHAEL S. GOLDMAN
RICHARD HALL
JULIE A. NORTH
ANDREW W. NEEDHAM
STEPHEN L. BURNS
KEITH R. HUMMEL
DAVID J. KAPPOS
DANIEL SLIFKIN
ROBERT I. TOWNSEND, III
WILLIAM J. WHELAN, III
SCOTT A. BARSHAY
PHILIP J. BOECKMAN
ROGER G. BROOKS
WILLIAM V. FOGG
FAIZA J. SAEED
RICHARD J. STARK
THOMAS E. DUNN
MARK I. GREENE
DAVID R. MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS
ANTONY L. RYAN

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: +1-212-474-1000
FACSIMILE: +1-212-474-3700

———

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE +44-20-7453-1000
FACSIMILE +44-20-7860 1150

WRITER'S DIRECT DIAL NUMBER

(212) 474-1075

GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS
DARIN P. MCATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DEMASI
LIZABETHANN R. EISEN
DAVID S. FINKELSTEIN
DAVID GREENWALD
RACHEL G. SKAISTIS
PAUL H. ZUMBRO
JOEL F. HEROLD
ERIC W. HILFERS
GEORGE F. SCHOEN
ERIK R. TAVZEL
CRAIG F. ARCELLA
TEENA-ANN V. SANKOORIKAL
ANDREW R. THOMPSON
DAMIEN R. ZOUBEK
LAUREN ANGELILLI
TATIANA LAPUSHCHIK
ERIC L. SCHIELE
ALYSSA K. CAPLES
JENNIFER S. CONWAY
MINH VAN NGO

KEVIN J. ORSINI
MATTHEW MORREALE
JOHN D. BURETTA
J. WESLEY EARNHARDT
YONATAN EVEN
BENJAMIN GRUENSTEIN
JOSEPH D. ZAVAGLIA
STEPHEN M. KESSING
LAUREN A. MOSKOWITZ
DAVID J. PERKINS
JOHNNY G. SKUMPIJA
J. LEONARD TETI, II
D. SCOTT BENNETT
TING S. CHEN
CHRISTOPHER K. FARGO
KENNETH C. HALCOM
DAVID M. STUART

SPECIAL COUNSEL
SAMUEL C. BUTLER
GEORGE J. GILLESPIE, III

OF COUNSEL
PAUL C. SAUNDERS

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/21/2014

RECEIVED
JUL 21 2014
CHAMBERS OF KIMBA M. WOOD
U.S.D.J. S.D.N.Y.

July 18, 2014

In re Barnes & Noble, Inc. Securities Litigation
14-cv-0108 (KMW)

Dear Judge Wood:

        We represent defendants Barnes & Noble, Inc., Leonard Riggio, William J. Lynch, Jr., Michael P. Huseby and Allen W. Lindstrom (collectively, "Defendants") in the above-referenced action (the "Action"). We write on behalf of all parties to the Action ("Parties") to request endorsement of a revised briefing schedule as well as an adjournment of the Rule 16 Conference currently scheduled for July 24, 2014 (the "Rule 16 Conference"). This is the Parties' second request for an adjournment of the Rule 16 Conference.

        On July 16, 2014, the Court ordered the consolidation of *Taylor v. Barnes & Noble, Inc., et al.*, 14-cv-108 (KMW) (the "*Taylor* Action") and *Maitland-Lewis v. Barnes & Noble, Inc., et al.*, 14-cv-406 (KMW) (the "*Maitland-Lewis* Action") under the caption, *In re Barnes & Noble, Inc. Securities Litigation*, 14-cv-108 (KMW), appointed Jules Briskin as Lead Plaintiff and scheduled the Rule 16 Conference. (*In re Barnes & Noble* ECF No. 14 ("*In re Barnes & Noble* Consolidation Order")). The Parties had previously requested: (1) that the deadline for Defendants to respond to the Complaints in the *Taylor* and *Maitland-Lewis* Actions be extended until the appointment of a lead plaintiff and the filing of an amended and/or consolidated complaint, or the signaling of intent to stand on either of the existing Complaints; (2) an adjournment of a previous Rule 16 Conference scheduled for March 27, 2014, for each action; and (3) the approval of a briefing schedule contingent on the appointment of a lead plaintiff. The Court endorsed those requests by Order dated January 23, 2014, in the *Taylor* Action (*In re Barnes & Noble* ECF No. 4 ("*Taylor* Endorsed Letter")), Order dated March 4, 2014, in the *Taylor* Action (*In re Barnes & Noble* ECF No. 9 ("*Taylor* Second Endorsed Letter")),

and Order dated March 4, 2014, in the *Maitland-Lewis* Action (*Maitland-Lewis* ECF No. 6 ("*Maitland-Lewis* Endorsed Letter")).

Now that the two actions have been consolidated and Jules Briskin has been appointed Lead Plaintiff, the briefing schedule pursuant to those Orders is as follows:

- The Lead Plaintiff shall either file a consolidated and/or amended complaint, or deem either of the existing Complaints the operative complaint on or before September 2, 2014;

- The Defendants shall respond to the operative complaint on or before October 17, 2014;

- The Lead Plaintiff shall file any opposition to any motion to dismiss on or before December 1, 2014; and

- The Defendants shall file any replies in support of a motion to dismiss on or before December 22, 2014.

The parties request that the briefing schedule set forth above be modified accordingly:

- The Lead Plaintiff shall either file a consolidated and/or amended complaint, or deem either of the existing Complaints the operative complaint on or before September 8, 2014;

- The Defendants shall respond to the operative complaint on or before October 24, 2014;

- The Lead Plaintiff shall file any opposition to any motion to dismiss on or before December 8, 2014; and

- The Defendants shall file any replies in support of a motion to dismiss on or before January 5, 2015.

*Granted KMW*

This is the Parties' second request for extension of time, and the first request since the Actions were consolidated and the Lead Plaintiff was appointed.

While it remains uncertain at this time which complaint will be operative in this Action, Defendants intend to move to dismiss any such complaint. The Parties therefore respectfully request that the Conference currently scheduled for July 24, 2014, should be adjourned pending a decision on such a forthcoming motion to dismiss. Such an adjournment is appropriate under these circumstances in light of the Private Securities Litigation Reform Act, which mandates that "all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss, unless the court finds upon the motion of any party that particularized discovery is necessary to preserve evidence or to prevent undue prejudice to that party". 15 U.S.C. § 77z-1(b)(1).  The Court's standing

*Granted KMW*

order concerning the Pilot Project Regarding Case Management Techniques for Complex Civil Cases in the Southern District of New York (the "Pilot Project") independently provides that "[i]f a motion to dismiss is pending, the Court may consider postponing the initial pretrial conference until the motion is decided". (*In re Barnes & Noble* ECF No. 2 ("*In re Barnes & Noble* Pilot Project Order")).

Respectfully,

Sandra C. Goldstein

Hon. Kimba M. Wood
   United States District Court
      Southern District of New York
         500 Pearl Street
           New York, NY 10007-1312

SO ORDERED: 07/21/2014

_____
KIMBA M. WOOD
U. S. D. J.

BY ECF AND HAND

Copies to:

Jeremy A. Lieberman
Lesley F. Portnoy
   Pomerantz LLP
      600 Third Avenue, 20th Floor
         New York, NY 10016

Patrick V. Dahlstrom
   Pomerantz LLP
      10 South LaSalle Street, Suite 3505
         Chicago, IL 60603

BY ECF