UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re BARNES & NOBLE, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>14-cv-108 | Case No. 14-cv-108 (KMW) (FM) |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE, that that in accordance with Rule 41(a)(i) of the Federal Rules of Civil Procedure, Lead Plaintiff hereby dismisses his claims against Defendants Barnes & Noble, Inc., Michael P. Huseby, William J. Lynch, Jr., and Allen W. Lindstrom, with prejudice.

Dated: September 5, 2014

**POMERANTZ LLP**

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
Tamar A. Weinrib
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
E-mail: jalieberman@pomlaw.com
       taweinrib@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
E-mail: pdahlstrom@pomlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman